Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Kwok Pang*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE DYNAVAX SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 4:16-cv-06690-YGR<br><br>NOTICE OF APPEAL |
|---|---|

Notice is hereby given that Kwok Pang, Lead Plaintiff in this case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final order, dismissing the action, without leave to amend, entered on the 4th day of June 2018 (ECF No. 82).

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

    (1)    Lead Plaintiff Kwok Pang:

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (219683) (lrosen@rosenlegal.com)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

and

Jacob A. Goldberg (*PHV*) (jgoldberg@rosenlegal.com)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827

    (2)    Defendants Dynavax Technologies, Corp., Eddie Gray, Michael S. Ostrach, and Robert Janssen:

COOLEY LLP
John C. Dwyer (136533) (dwyerjc@cooley.com)
Jeffrey M. Kaban (235743) (jkaban@cooley.com)
Jeffrey D. Lombard (285371) (jlombard@cooley.com)
Joan R. Li (312024) (jli@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

| | |
|---|---|
| Dated: July 3, 2018 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A.** |
| | <u>/s/ *Laurence M. Rosen*</u><br>Laurence M. Rosen, Esq. (SBN 219683)<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com |
| | and |
| | Jacob A. Goldberg<br>101 Greenwood Avenue, Suite 440<br>Jenkintown, PA  19046<br>Telephone: (215) 600-2817<br>Facsimile: (212) 202-3827<br>Email: jgoldberg@rosenlegal.com |
| | *Counsel for Lead Plaintiff and the Class* |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 3, 2018, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Counsel for Lead Plaintiff
and the Proposed Class*